UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICKIE HILL,<br><br>                    Plaintiff,<br><br>     v.<br><br>VANDINE<br><br>                    Defendant. | Case No. 2:21-cv-01027-GMN-NJK<br><br>**ORDER** |

Plaintiff, Rickie Hill, Inmate # 87052, is a frequent litigator in this Court.  In the past 18 months alone, Plaintiff has filed dozens of cases.  The Court has an inmate early mediation program that is unique to the District of Nevada and is designed to attempt to save resources by referring the parties in some civil rights cases to mediation.  Of course, Defendants in such cases have the right not to make any settlement offers, and plaintiffs have the right not to accept settlement offers.  However, when mediation does not appear likely to be productive and save resources, the Court will choose not to refer a case to mediation.  Plaintiff recently has attended multiple inmate mediations in civil rights cases.  *See, e.g.,* 3:20-cv-00495-MMD-WGC, 2:20-cv-01655-KJD-DJA.  These mediations have been unsuccessful.  The Court has determined that this case shall be excluded from the inmate mediation program in order to preserve the Court's limited resources.  An order addressing the application to proceed *in forma pauperis* shall issue, and this case shall proceed on the normal litigation track.  At this time, the parties are free to privately discuss settlement if they so choose but are not required to do so.

DATED:  October 25, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE